ROBERSON *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 15, September Term, 1965.]

*Decided October 20, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, OPPENHEIMER, BARNES and McWILLIAMS, JJ.

PER CURIAM.

Application for leave to appeal from the denial of post conviction relief is denied for the reasons set forth in the opinion of Judge Harlan in the court below.

*Application denied.*